IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**WENDELL DUNCAN**                                                    **PETITIONER**

v.                                                                 No. 4:12CV31-GHD-DAS

**STATE OF MISSISSIPPI, ET AL.**                                **RESPONDENTS**

**ORDER DENYING PETITIONER'S MOTIONS [43], [44]
FOR A COPY OF THE DOCUMENTS IN THIS CASE**

This matter comes before the court on the motions [43], [44] by the petitioner for a copy of the documents in the record of this case. The petitioner has not shown why he would need the records in this closed case. As such, the instant motions [43], [44] are **DENIED**.

**SO ORDERED**, this, the 16th day of September, 2021.

                                                                    /s/ David A. Sanders
                                                                    DAVID A. SANDERS
                                                                    UNITED STATES MAGISTRATE JUDGE